| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **ELECTRONICALLY FILED** |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x
:
TAKE TWO INTERACTIVE SOFTWARE, INC.,    :
:
    Plaintiff,    :
:    08 Civ. 4244 (DC)
    - against -    :
:
CHICAGO TRANSIT AUTHORITY and TITAN    :
OUTDOOR LLC.    :
:
    Defendants.    :
:
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Take Two Interactive Software, Inc. ("Take Two"), a private non-governmental party, that Take Two has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 5, 2008

                                      Respectfully submitted,

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Bruce P. Keller_____
                                           Bruce P. Keller

                                       919 Third Avenue
                                     New York, NY  10022
                                     (212) 909-6000
                                     *Attorneys for Take Two Interactive*
                                     *Software, Inc.*