# JUDGE [stamp] UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Take Two Interactive Software, Inc. | ) |
| Plaintiff | ) |
| v. | )   Civil Action No. |
| Chicago Transit Authority and Titan Outdoor LLC | ) |
| Defendant | ) |

### Summons in a Civil Action

**08 CIV 4244**

To: *(Defendant's name and address)*
Chicago Transit Authority
567 W. Lake Street
Chicago, IL 60661

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. MICHAEL McMAHON**

Date: MAY 0 5 2008

Name of clerk of court

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **MAY 6, 2008**
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
**JOHN GRISWOLD** ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **MAY 6, 2008**

Server's signature

**JOHN M. BURKE**
Printed name and title

**1351 EVERGREEN AVE.
DES PLAINES IL 60016**
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com