AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Take Two Interactive Software, Inc. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. '08 CIV 4244 |
| Chicago Transit Authority and Titan Outdoor LLC | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Titan Outdoor LLC
850 Third Avenue
New York, NY 10022

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
Name of clerk of court

Date: MAY 0 5 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
TAKE TWO INTERACTIVE
SOFTWARE, INC.,

    Plaintiff,

  v.                                 Index No. 08 civ 4244 ( DC )

CHICAGO TRANSIT AUTHORITY and
TITAN OUTDOOR LLC.

    Defendants.
------------------------------------------------- x

STATE OF NEW YORK  )
                            ss.:

COUNTY OF NEW YORK )


### AFFIDAVIT OF SERVICE


      Kevin Johnson, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Brooklyn, New York.

      That on May 5, 2008, at 3:45 P.M,. I personally served the SUMMONS IN A CIVIL ACTION, COMPLAINT, DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, CIVIL COVER SHEET, PROCEDURES FOR ELECTRONIC CASE FILING AND JUDGE CHIN RULES by personal service upon Tracy L. Bach, Esq., an Associate Counsel and Director of Business Development at Titan Outdoor LLC, located at 850 Third Avenue, 2nd Floor, New York, NY 10022.

22245210v1

Ms. Tracy L. Bach, Esq. is described as a light skin female, light brown hair, approximately 5'8", 140 lbs., and 30-35 years of age.

_____
Kevin Johnson
License No. 1031365

Sworn to before me this
8th day of May, 2008

_____
Notary Public

MARIA D. SPANGLER
Notary Public, State of New York
No. 01SP6146253
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 1, 2010



**Tracy L. Bloch, Esq.**
Associate Counsel and
Director of Business Development

850 Third Avenue
New York, NY 10022

Direct: 212-418-1090
Tel: 212-644-6200
Fax: 212-418-1082
tracy.bloch@titanoutdoor.com

www.titanoutdoor.com