James H. Neale (JN 6972)
Joann Kahn (JK 8671)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103
(212) 318-3000
jneale@fulbright.com
jkahn@fulbright.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
TAKE TWO INTERACTIVE             :
SOFTWARE, INC.,
                                 :    08-CV-4244 (DC)
            Plaintiff,
                                 :
      - against -
                                 :    NOTICE OF APPEARANCE
CHICAGO TRANSIT AUTHORITY
and TITAN OUTDOOR LLC            :
------------------------------------------------------- x

     PLEASE TAKE NOTICE, that the firm of FULBRIGHT & JAWORSKI L.L.P. hereby appears in the above-captioned action as attorneys for defendant Titan Outdoor LLC.

Dated: New York, New York
       May 27, 2008

                                    FULBRIGHT & JAWORSKI L.L.P.

                                    By _____
                                        James H. Neale   (JN 6972)
                                        Joann Kahn       (JK 8671)
666 Fifth Avenue
New York, NY 10103
(212) 318-3000
jneale@fulbright.com
jkahn@fulbright.com

80209106.1