**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TAKE TWO INTERACTIVE
SOFTWARE, INC.

        Plaintiff          :   08 Civ. 4244

   v.                                :   STIPULATION AND ORDER

CHICAGO TRANSIT AUTHORITY
and TITAN OUTDOOR LLC

        Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED that defendants' time to answer, move or otherwise respond to the Complaint is extended to June 26, 2008.

[rest of page intentionally left blank; signature page follows]

22741175v1

Dated: New York, New York
       May 22, 2008

| DEBEVOISE & PLIMPTON LLP | FULBRIGHT & JAWORSKI LLP |
|---|---|
| By: *[signature]* <br> Bruce P. Keller (BK 9300) <br> Jeremy Feigelson (JF 4963) | By: *[signature]* <br> James H. Neale (JN 6972) |
| 919 Third Avenue <br> New York, New York 10022 <br> (212) 909-6000 | 666 Fifth Avenue <br> New York, New York 10103-3198 <br> (212) 318-3000 |
| *Attorneys for Plaintiff Take Two Interactive Software, Inc.* | *Attorneys for Defendant Titan Outdoor, LLC* |

PETRONE & PETRONE

By: *[signature]*
    David H. Walsh IV
    (admission to SDNY pending)

108 West Jefferson Street, Suite 305
Syracuse, New York 13202
(800) 521-1260

*Attorneys for Defendant Chicago Transit Authority*

SO ORDERED:

*[signature]*
U.S.D.J.

5/28/08

2

22741175v1