```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TAKE TWO INTERACTIVE         :
SOFTWARE, INC.,
                             :     08-CV-4244 (DC)
          Plaintiff,
                             :
     - against —
                             :     STIPULATION AND ORDER
CHICAGO TRANSIT AUTHORITY
and TITAN OUTDOOR LLC        :

          Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED that defendants' time to answer, move or otherwise respond to the Complaint is extended from June 26, 2008 to July 10, 2008. This Stipulation may be executed in counterparts, and faxed or scanned signatures shall be sufficient.

[rest of page intentionally left blank; signature page follows]

80230792.1

Dated: New York, New York
       June 19, 2008

DEBEVOISE & PLIMPTON LLP

By: _____
    Bruce P. Keller (BK 9300)
    Jeremy Feigelson (JF 4963)

919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Plaintiff Take Two Interactive Software, Inc.*

FULBRIGHT & JAWORSKI L.L.P

By: _____
    James H. Neale (JN 6972)

666 Fifth Avenue
New York, New York 10103-3198
(212) 318-3000
*Attorneys for Defendant Titan Outdoor, LLC*

PETRONE & PETRONE

By: _____
    David H. Walsh IV
    (admission to SDNY pending)

108 West Jefferson Street, Suite 305
Syracuse, New York 13202
(800) 521-1260

*Attorneys for Defendant Chicago Transit Authority*

FINAL.

SO ORDERED:

_____
U.S.D.J.
    6/30/08