```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TAKE TWO INTERACTIVE
SOFTWARE, INC.,

        Plaintiff,

 - against –

CHICAGO TRANSIT AUTHORITY
and TITAN OUTDOOR LLC

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08-CV-4244 (DC)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED that defendants' time to answer, move or otherwise respond to the Complaint is extended from July 10, 2008 to July 21, 2008. This Stipulation may be executed in counterparts, and faxed or scanned signatures shall be sufficient.

[rest of page intentionally left blank; signature page follows]

Dated: New York, New York
July 10, 2008

DEBEVOISE & PLIMPTON LLP

By: _____
Bruce P. Keller (BK 9300)
Jeremy Feigelson (JF 4963)

919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Plaintiff Take Two Interactive Software, Inc.*

FULBRIGHT & JAWORSKI L.L.P.

By: _____
James H. Neale (JN 6972)

666 Fifth Avenue
New York, New York 10103-3198
(212) 318-3000
*Attorneys for Defendant Titan Outdoor, LLC*

PETRONE & PETRONE

By: _____
David H. Walsh IV
(admission to SDNY pending)

108 West Jefferson Street, Suite 305
Syracuse, New York 13202
(800) 521-1260

*Attorneys for Defendant Chicago Transit Authority*

SO ORDERED:

_____
U.S.D.J.

Stip and Order to July 21.doc

Dated: New York, New York
July 10, 2008

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | FULBRIGHT & JAWORSKI L.L.P |
| By: _____<br>    Bruce P. Keller (BK 9300)<br>    Jeremy Feigelson (JF 4963) | By:_____<br>    James H. Neale  (JN 6972) |
| 919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>*Attorneys for Plaintiff Take Two Interactive Software, Inc.* | 666 Fifth Avenue<br>New York, New York  10103-3198<br>(212) 318-3000<br>*Attorneys for Defendant Titan Outdoor, LLC* |

PETRONE & PETRONE

By:_____
    David H. Walsh IV
    (admission to SDNY pending)

108 West Jefferson Street, Suite 305
Syracuse, New York  13202
(800) 521-1260

*Attorneys for Defendant Chicago Transit Authority*

Approved, but FINAL.

SO ORDERED:

_____
U.S.D.J.
7/14/08

Stip and Order to July 21.doc